WILLIAM R. TAMAYO, REGIONAL ATTORNEY-#084965 (CA)
JONATHAN T. PECK, SUPERVISORY TRIAL ATTORNEY-#12303 (VA)
SANYA HILL MAXION, SENIOR TRIAL ATTORNEY-#18731 (WA)
U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
SAN FRANCISCO DISTRICT OFFICE
350 EMBARCADERO, SUITE 500
SAN FRANCISCO, CA  94105-1260
TEL: (415) 625-5650
FAX: (415) 625-5657
Sanya.Hill@eeoc.gov


ATTORNEYS FOR PLAINTIFF


IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON


| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | CIVIL ACTION NO. |
| Plaintiff, | COMPLAINT |
| v. | JURY TRIAL DEMAND |
| VIRGINIA MASON MEDICAL CENTER, | |
| Defendant. | |


NATURE OF THE ACTION

This is an action under Title I of the Americans with Disabilities Act of 1990 to correct unlawful employment practices on the basis of disability and to provide appropriate relief to CaTina White, who was adversely affected by such practices.  The Equal Employment Opportunity Commission alleges that Virginia Mason Medical Center ("Defendant" or "Virginia Mason") discriminated against Ms. White, a qualified individual with a disability, when it

refused to provide her with a reasonable accommodation, and summarily terminated her employment because of her disability.

## JURISDICTION AND VENUE

1.      Jurisdiction of this Court is invoked pursuant to 28 U.S.C. §§ 451, 1331, 1337, 1343 and 1345.  This action is authorized and instituted pursuant to Section 107(a) of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12117(a), which incorporates by reference Section 706(f)(1) and (3) of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-5(f)(1) and (3) ("Title VII"), and pursuant to Section 102 of the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

2.      The employment practices alleged to be unlawful were committed within the jurisdiction of the United States District Court for the Western District of Washington.

## PARTIES

3.      Plaintiff, the Equal Employment Opportunity Commission (the "Commission"), is the agency of the United States of America charged with the administration, interpretation and enforcement of Title I of the ADA and is expressly authorized to bring this action by Section 107(a) of the ADA, 42 U.S.C. § 12117(a), which incorporates by reference Sections 706(f)(1) and (3) of Title VII, 42 U.S.C. 2000e-5(f)(1).

4.      At all relevant times, Defendant Virginia Mason has continuously been doing business in the State of Washington and has continuously had at least 15 employees.

5.      At all relevant times, Defendant has continuously been an employer engaged in an industry affecting commerce under Section 101(5) of the ADA, 42 U.S.C. § 12111(5), and Section 101(7) of the ADA, 42 U.S.C. § 12111(7), which incorporates by reference Sections 701(g) and (h) of Title VII, 42 U.S.C. §§ 2000e(g) and (h).

6.      At all relevant times, Defendant has been a covered entity under Section 101(2) of the ADA, 42 U.S.C. § 12111(2).

////

////

STATEMENT OF CLAIMS

7.      More than thirty days prior to the institution of this lawsuit, CaTina White filed a charge with the Commission alleging violations of Title I of the ADA by Defendant.  All conditions precedent to the institution of this lawsuit have been fulfilled.

8.      Since at least March 18, 2005, Defendant has engaged in unlawful employment practices, in violation of Sections 102(a) and 102(b)(6) of Title I of the ADA, 42 U.S.C. §§ 12112(a) and 12112(b)(6).  The Defendant discriminated against CaTina White, a qualified individual with a disability, when it failed to provide a reasonable accommodation to her, and then terminated her because of her disability, in violation of Sections 102(a) of the ADA.

9.      The effect of the practices complained of in paragraph 8 above has been to deprive Ms. White of equal employment opportunities and otherwise adversely affect her status as an applicant for employment, because of her disability.

10.     The unlawful employment practices complained of in paragraph 8 above were and are intentional.

PRAYER FOR RELIEF

Wherefore, the Commission respectfully requests that this Court:

A.      Grant a permanent injunction enjoining Defendant, its officers, agents, successors, assigns, and all persons in active concert or participation with it, from unlawfully failing to provide equal employment opportunities to applicants for employment and employees with disabilities and to accommodate applicants' and employees' disabilities, and any other employment practice which discriminates on the basis of disability.

B.      Order Defendant to institute and carry out policies, practices, and programs which provide equal employment opportunities for qualified individuals with disabilities, and which eradicate the effects of its past and present unlawful employment practices.

C.      Order Defendant to make whole CaTina White by providing appropriate back pay with prejudgment interest, in amounts to be determined at trial, and other affirmative relief necessary to eradicate the effects of its unlawful employment practices.

D.      Order Defendant to make whole CaTina White by providing compensation for past and future pecuniary losses resulting from the unlawful employment practices described in paragraph 8 above, including past and future out-of-pocket losses, in amounts to be determined at trial.

E.      Order Defendant to make whole CaTina White by providing compensation for past and future non-pecuniary losses resulting from the unlawful practices complained of in paragraph 8 above, including emotional pain, suffering, inconvenience, loss of enjoyment of life, and humiliation, in amounts to be determined at trial.

F.      Order Defendant to pay CaTina White punitive damages for its malicious and reckless conduct, as described in paragraph 8 above in amounts to be determined at trial.

G.      Grant such further relief as the Court deems necessary and proper in the public interest.

H.      Award the Commission its costs of this action.

//

//

//

//

**COMPLAINT-** Page 4 of 5                                                                 2

1

2                                                  JURY TRIAL DEMAND

3                   The Commission requests a jury trial on all questions of fact raised by its

4      complaint.

5
                        DATED this ___3___day of __June__, 2008.
6

7      WILLIAM R. TAMAYO                                  RONALD S. COOPER
       Regional Attorney                                 General Counsel
8
       JONATHAN T. PECK                                   JAMES L. LEE
9      Supervisory Trial Attorney                         Deputy General Counsel

10     SANYA HILL MAXION                                  GWENDOLYN Y. REAMS
       Senior Trial Attorney                             Associate General Counsel
11

12     BY: __/s/  William R. Tamayo __ _____
       EQUAL EMPLOYMENT OPPORTUNITY
13     COMMISSION
       350 The Embarcadero, Suite 500                    Office of the General Counsel
14     San Francisco, CA  94513                          1801 "L" Street NW
       Telephone (415) 625-5650                          Washington, D.C. 20507
15      Facsimile (415) 625-5657

16
                                             Attorneys for Plaintiff
17

18

19

20

21

22

23

24

25

**COMPLAINT-** Page 5 of 5                                                                    2