UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>　　　　　　　　　　Plaintiff<br><br>v.<br><br>VIRGINIA MASON MEDICAL CENTER,<br><br>　　　　　　　　　　Defendant | CIV. NO. 2:08-CV-00875-RAJ<br><br>ORDER GRANTING STIPULATED MOTION TO DISMISS CASE AND ENTER A CONSENT DECREE |

**ORDER APPROVING CONSENT DECREE**

　　　The Court having considered the foregoing stipulated agreement of the parties,

　　　IT IS HEREBY ORDERED THAT the parties' Consent Decree (Dkt. # 2) be, and the same hereby is, approved as the final decree of this Court in full settlement of this action.  This lawsuit is hereby dismissed with prejudice and without costs or attorneys' fees to any party.  The Court retains jurisdiction of this matter for purposes of enforcing the Consent Decree approved herein.

*(signature)*
_____
The Honorable Richard A. Jones
United States District Judge

Dated this 28th day of July, 2008

Presented by:
EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
By:  /s/   Sanya Hill Maxion
　　　Attorney for Plaintiff EEOC

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
San Francisco District Office
350 The Embarcadero, Suite 500
San Francisco, CA  94105-1260
Telephone: (415) 625-5602
Fax:  (415) 625-5657
TDD:  (415) 625-5610